# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Letty C. Rutt aka Letty Corrinne Rutt<br>Debtor | CHAPTER 13<br><br>BKY. NO. 16-16281 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

Re: Loan # Ending In: 6546

                                                                         Respectfully submitted,

                                                                         **/s/Joshua I. Goldman, Esquire**
                                                                         Joshua I. Goldman, Esquire
                                                                         Thomas Puleo, Esquire
                                                                         KML Law Group, P.C.
                                                                         701 Market Street, Suite 5000
                                                                         Philadelphia, PA 19106-1532
                                                                         (215) 825-6306  FAX (215) 825-6406