## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**LETTY C. RUTT**<br>**aka LETTY CORRINNE RUTT**<br>            **DEBTOR** | **BANKRUPTCY NO. 16-16281**<br><br>**CHAPTER NO. 13** |

### CERTIFICATE OF SERVICE

      I, Shawn J. Lau, Esquire of Lau & Associates, P.C., do hereby certify that I served a true and correct copy of the Debtors' Amended Summary of Your Assets and Liabilities and Certain Statistical Information; Amended Schedule I; Amended Schedule J; and Amended Declaration About an Individual Debtor's Schedules via electronic means and/or first class mail on this 13th day of February 2017 upon the following parties:

Chapter 13 Trustee
Frederick Reigle
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

                                   Lau & Associates, P.C.
                                   */s/Shawn J. Lau*
                                   Shawn J. Lau, Esquire
                                   4228 St. Lawrence Avenue
                                   Reading, PA 19606
                                   610-370-2000 Phone
                                   610-370-0700 Fax