THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>LETTY C. RUTT<br>aka LETTY CORRINNE RUTT<br>DEBTOR | BANKRUPTCY NO. 16-16281<br><br>CHAPTER NO. 13 |
|---|---|

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtors do hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to Lau & Associates, P.C.'s, Application for Compensation and Reimbursement of Expenses which was served upon all parties in interest on April 7, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Application for Compensation and Reimbursement of Expenses.

Dated: May 1, 2017

LAU & ASSOCIATES, P.C.
By: /s/ Shawn J. Lau
Shawn J. Lau, Esquire
Lau & Associates P.C.
4228 St. Lawrence Ave.
Reading, PA 19606
(610) 370 – 2000