# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>LETTY C. RUTT<br>aka LETTY CORRINNE RUTT<br>DEBTOR | BANKRUPTCY NO. 16-16281<br><br>CHAPTER NO. 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, Letty C. Rutt a/k/a Letty Corrinne Rutt, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $2,923.50 in compensation of legal fees and $342.18 reimbursement of actual necessary expenses from June 29, 2016 through and including April 3, 2017.

BY THE COURT:

**Date: May 2, 2017**

Honorable Richard E. Fehling
United States Bankruptcy Judge