United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Letty C. Rutt  
      Debtor

Case No. 16-16281-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: May 02, 2017  
                  Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.  
db         +Letty C. Rutt,   8 Seminary Avenue,   Reading, PA 19605-2622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 01:23:08     Synchrony Bank,  
          c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
          Miami, FL 33131-1605  
                                                                                                                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2017 at the address(es) listed below:  
            FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
            JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            SHAWN J. LAU   on behalf of Debtor Letty C. Rutt shawn_lau@msn.com  
            THOMAS I. PULEO   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                  TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>LETTY C. RUTT<br>aka LETTY CORRINNE RUTT<br>DEBTOR | BANKRUPTCY NO. 16-16281<br><br>CHAPTER NO. 13 |
|---|---|

## ORDER

      AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, Letty C. Rutt a/k/a Letty Corrinne Rutt, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

      ORDERED AND DECREED that Lau & Associates P.C. be allowed $2,923.50 in compensation of legal fees and $342.18 reimbursement of actual necessary expenses from June 29, 2016 through and including April 3, 2017.

BY THE COURT:

**Date: May 2, 2017**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge