Certificate Number: 15111-PAE-DE-033409326

Bankruptcy Case Number: 16-16281



15111-PAE-DE-033409326

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 13, 2019</u>, at <u>6:28</u> o'clock <u>PM EDT</u>, <u>Letty C Rutt</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 13, 2019</u>          By:    <u>/s/Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>