```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 16-16281-elf
Letty C. Rutt                                                   Chapter 13
          Debtor              CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: 138NEW        Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db              +Letty C. Rutt,    8 Seminary Avenue,    Reading, PA 19605-2622
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13787975        +Best Buy/ CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13787977         CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
13787978        +Chase/Bank One Card Serv,    P.O. Box 15298,    Wilmington, DE 19850-5298
13787979         Citibank,    P.O. 6497,    Sioux Falls, SD 57117-6497
13787980        +Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Street, Ste 100,
                  Peoria, IL 61602-1229
13787982       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court:   DirecTV Customer Service,    C/O Bankruptcy Claims,    P.O. Box 6550,
                  Greenwood Villag, CO 80155-6550)
13787983        +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
13787984        +HSBC NV,    2200 E. Benson Road,    Sioux Falls, SD 57104-7023
13897853        +Lau & Associates, P.C.,    4228 St. Lawrence Avenue,    Reading, PA 19606-2894
13798042       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court:   Met Ed,    331 Newman Springs Road,    Building 3,
                  Red Bank, NJ 07701)
13787986         Met-Ed,    P.O. Box 3687,    Akron, OH 44309-3687
13787991         Penn Credit,    916 S. 14th Stree,    P.O. Box 988,    Harrisburg, PA 17108-0988
13787993         Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
13787994        +Reading Health System,    P.O. Box 70894,    Philadelphia, PA 19176-5894
13787995         Reading Health System,    P.O. Box 70884,    Philadelphia, PA 19176-5884
13787998         West Reading Radiology Assoc.,    2 Meridian Blvd. 2nd Fl,    Wyomissing, PA 19610-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:38     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:16      Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13787974        +E-mail/Text: collections@bellcocu.org Dec 14 2019 02:56:55      Bellco Federal Credit Union,
                  609 Spring Street,    Reading, PA 19610-1701
13796273         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:17
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13787976        +E-mail/Text: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:17
                  Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13787981        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 14 2019 02:56:58
                  Credit Collection Services,    P.O. Box 447,    Norwood, MA 02062-0447
13787982         E-mail/Text: G06041@att.com Dec 14 2019 02:56:37      DirecTV Customer Service,
                  C/O Bankruptcy Claims,    P.O. Box 6550,    Greenwood Villag, CO 80155-6550
13787985         E-mail/Text: camanagement@mtb.com Dec 14 2019 02:55:56      M & T Bank,    P.O. Box 900,
                  Millsboro, DE 19966
13803594         E-mail/Text: camanagement@mtb.com Dec 14 2019 02:55:56      M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
13842765        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2019 02:56:25      MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
13787987        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2019 02:56:25      Midland Credit Management, Inc.,
                  2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
13787988        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2019 02:56:25      Midland Funding LLC,
                  2365 Northside Drive, STE 300,    San Diego, CA 92108-2709
13787989        +E-mail/Text: Bankruptcies@nragroup.com Dec 14 2019 02:56:59      National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
13787990         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:11      PA Department of Revenue,
                  Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13787992         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2019 02:59:22
                  Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502
13793206         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2019 02:59:22
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13790651         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:11
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg PA 17128-0946
13790560         E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2019 02:59:45
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13787996         E-mail/Text: bnc@alltran.com Dec 14 2019 02:55:51      United Recovery Systems,
                  P.O. Box 722929,    Houston, TX 77272-2929
13787997        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2019 02:55:45
                  Verizon,    500 Technology Drive,    Ste. 300,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 20
```

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: 138NEW        Total Noticed: 41
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SHAWN J. LAU    on behalf of Debtor Letty C. Rutt shawn_lau@msn.com, g61705@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Letty C. Rutt

    Debtor(s)

Bankruptcy No: 16−16281−elf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    400 Washington Street
    Suite 300
    Reading, PA 19601

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 12/13/19

34 − 33
Form 138_new